# EXHIBIT B

# Claim Chart – Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1-P | A valve for preventing the flow of fluid when the temperature of the fluid is above a predetermined threshold, the valve comprising: | To the extent the preamble is limiting, Assured Automation ("Defendant") makes, uses, sells, and/or offers to sell a valve for preventing the flow of fluid when the temperature of the fluid is above a predetermined threshold.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides FireChek® Heat Activated Pneumatic Shut-off Valve that comprises a housing that includes one inlet, one outlet, and a shape memory alloy. The valve is available in three actuation temperatures ("a predetermined threshold") (such as 135 °F, 150 °F, and 165 °F) based on the actuation temperature of the shape memory alloy. When the alloy senses the heat above its actuation temperature, the said alloy changes its physical state and blocks ("preventing the flow of fluid") the airflow ("flow of fluid") to prevent the fire hazard. |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  | <br><br>Source: https://assuredautomation.com/firechek/ |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | |  Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  |  Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | <br><br>Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| 1-a | a body having at least one opening for allowing the fluid to | Defendant provides a body having at least one opening for allowing the fluid to pass when the temperature of the fluid is below the predetermined threshold. |

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  | pass when the temperature of the fluid is below the predetermined threshold; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides FireChek® Heat Activated Pneumatic Shut-off Valve which comprises a housing ("body") that includes one inlet ("at least one opening"), one outlet ("at least one opening"), and a shape memory alloy. When the supply air temperature ("temperature of the fluid") is below the shape memory alloy actuation temperature ("predetermined threshold"), the supply air passes through the valve without any obstruction. |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | Gray portion represents the housing ("body") of the valve<br><br>Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Defendant. |
| 1-b | a shape memory actuator for substantially closing | Defendant provides a shape memory actuator for substantially closing the at least one opening when the temperature of the fluid is above the predetermined threshold to prevent the fluid from passing. |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | the at least one opening when the temperature of the fluid is above the predetermined threshold to prevent the fluid from passing; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides FireChek® Heat Activated Pneumatic Shut-off Valve which comprises a housing that includes one inlet, one outlet ("at least one opening"), and a shape memory alloy ("shape memory actuator"). When the alloy senses the heat above its actuation temperature ("predetermined threshold"), the said alloy changes its physical state and blocks ("prevent fluid from passing") the airflow by closing the inlet for the supply of air to prevent the fire hazard. Therefore, it is apparent that the shape memory alloy changes its physical structure when high-temperature supply air passes through the valve. |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  | <br><br>Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  | <br>Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | **Operation**<br>If a **FireChek**® valve senses temperatures above the shape memory alloy's actuation temperature, the shape memory element simultaneously vents pneumatic actuator air pressure and closes upstream supply pressure. **FireChek**® valves' manual reset allows routine performance testing for safety maintenance programs. A hot-air gun will quickly actuate a **FireChek**® valve. After cooling briefly, the **FireChek**® valve can easily be reset without the use of tools, for continued protection.<br><br>Source: https://assuredautomation.com/firechek/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Defendant. |
| 1-c | wherein the valve is configured such that a flow of the fluid through the body acts to close the shape memory actuator against the at least one opening. | Defendant provides a valve for preventing the flow of fluid, wherein the valve is configured such that a flow of the fluid through the body acts to close the shape memory actuator against the at least one opening.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the shape memory alloy ("shape memory actuator") senses the heat above its actuation temperature ("predetermined threshold"), the said alloy changes its physical state. Due to the change in physical structure, the supply air inlet ("at least one opening") is closed and the airflow ("flow of fluid") is prevented to pass through the valve. |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | Upon information and belief, the shape memory alloy senses the heat and changes its physical structure when high-temperature supply air passes through the valve.<br><br><br><br>Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | <br>Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | 

Source: https://www.youtube.com/watch?v=x6q3B6IVbsQ&t=92s (annotated) |

Assured Automation FireChek® Heat Activated Pneumatic Shut-off Valve - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | **Operation**<br>If a **FireChek**® valve senses temperatures above the shape memory alloy's actuation temperature, the shape memory element simultaneously vents pneumatic actuator air pressure and closes upstream supply pressure. **FireChek**® valves' manual reset allows routine performance testing for safety maintenance programs. A hot-air gun will quickly actuate a **FireChek**® valve. After cooling briefly, the **FireChek**® valve can easily be reset without the use of tools, for continued protection.<br><br>Source: https://assuredautomation.com/firechek/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Defendant. |